# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WYLIE DEAN RONEY | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CV-753 |
| | § | (Judge Mazzant/Judge Nowak) |
| CAROLYN W. COLVIN, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 24, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's complaint be dismissed without prejudice for failure to properly serve Defendant in accordance with Federal Rule of Civil Procedure 4(m) (Dkt. #8).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
SIGNED this 13th day of May, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE